**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL CHARLES MEISLER, | Case No. 2:16-CV-00829-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| SPRINT COMMUNICATIONS, INC., | |
| Defendant. | |

On April 11, 2016, the court received plaintiff Michael Meisler's application to proceed in forma pauperis but no complaint was attached. ECF No. 1. Meisler stated in his cover letter that his complaint was being word process and should be ready to submit by the end of April. I directed Meisler to file his complaint by June 2, 2016. ECF No. 2. I granted Meisler's motion to extend time to file his complaint and gave a new deadline of July 21, 2016. ECF Nos. 3, 4. Meisler still has not filed a complaint.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice.

DATED this 3rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE