UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL CHARLES MEISLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SPRINT COMMUNICATIONS, INC.,<br><br>　　　　　Defendant. | Case No. 2:16-CV-00829-APG-PAL<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE CLERK'S JUDGMENT**<br><br>(ECF No. 7) |

　　　Plaintiff Michael Meisler requests that I set aside the clerk's judgment (ECF No. 6), which was based upon my order (ECF No. 5) dismissing this case without prejudice. Mr. Meisler has not shown sufficient justification for me to reconsider and change my order. Thus, the judgment is proper and will not be set aside.

　　　IT IS THEREFORE ORDERED that Mr. Meisler's motion to set aside **(ECF No. 7) is DENIED**.

　　　DATED this 14th day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE